IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CARREKER CORPORATION,

    Plaintiff,

v.                                      No. 2:05cv2209-D/V

RONALD SCHULTZ, ET AL.,

    Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Upon motion of the plaintiff Carreker Corporation and for good cause shown

IT IS, HEREBY, ORDERED that Carreker's time for responding to Defendants' Motion For a Protective Order be and is hereby extended to October 31, 2005.

Dated this 4th day of October, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02209 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT